FRANCIS B. BREWER, Respondent, *v.* JAMES E. FORD, Appellant.

(Submitted March 10, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 23, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Frank C. Ferguson* for appellant.

*William C. Fitch* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.